# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                              4:07CR00127-004  SWW

ANDREA LYNN KIRTLEY                                                   DEFENDANT

## ORDER

Pending before the Court is the defendant's motion to continue the hearing on the government's petition to revoke supervised release previously scheduled for January 23, 2015 at 10:00 a.m. The government has no objection to the motion. The Court finds that this motion [doc #707] should be and hereby is **granted**.

IT IS THEREFORE ORDERED that the hearing is rescheduled for ***THURSDAY, FEBRUARY 5, 2015 AT 1:00 P.M. IN COURTROOM #389.***

IT IS SO ORDERED this 22nd day of January 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE