**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                          PLAINTIFF

vs.                                       NO. 4:07CR00127-004   SWW

ANDREA LYNN KIRTLEY                                                                 DEFENDANT

**ORDER**

      The above entitled cause came on for hearing February 5, 2015 on government's superseding motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Based upon the admissions of defendant and statements of counsel, the Court found that defendant has violated the conditions of her supervised release without just cause.

      IT IS THEREFORE ORDERED AND ADJUDGED that the government's superseding motion to revoke [doc #711] is ***granted,*** and the supervised release previously granted this defendant is hereby **revoked.**  Defendant shall serve a term of ***FOURTEEN (14) MONTHS*** imprisonment in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in Alderson FPC, West Virginia and participate in substance abuse treatment or the Residential Drug Abuse Program (RDAP).  If possible, the Court recommends that she participate as a dog trainer because of her past successful participation in this program.

      There will be *NO* supervised release to follow.

      The defendant is remanded to custody of the U. S. Marshal Service.

      IT IS SO ORDERED this 5th day of February 2015.

                                                               /s/Susan Webber Wright

                                                              United States District Judge